UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Shantara Boone v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11297-DRH |
| *Ramzan Boudoin v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11372-DRH |
| *Betty Brandon v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11373-DRH |
| *Julie Breeze v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10178-DRH |
| *Dana Brooks v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-10680-DRH |
| *Jenilee Brown v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12748-DRH |
| *Lashay Brown v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-13584-DRH |
| *Jennifer Brymer v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11443-DRH |
| *Destinay Burks v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-10207-DRH |
| *Sheri Burks v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-10208-DRH |
| *Elsy Calderon v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11909-DRH |
| *Rene Cauchi v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11304-DRH |

| | |
|---|---|
| *Iesha Cerda v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-10657-DRH |
| *Kamecia Cleaver v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11345-DRH |
| *Katrina Cole v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-10233-DRH |
| *Brandi Collins-Miller v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11346-DRH |
| *Melina Contreras v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11375-DRH |
| *Felicia Conway v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11326-DRH |
| *Toni Conway v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-13585-DRH |
| *Elizabeth Corbit v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11371-DRH |
| *Mae Leta Cox v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11912-DRH |
| *Tiffany Crutchfield v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11357-DRH |
| *Deborah Cummings v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11348-DRH |
| *Danielle Curtis v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11366-DRH |
| *Samantha Daniels v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12162-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on November 17, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

Date: November 17, 2014

Digitally signed by David R. Herndon
Date: 2014.11.17 15:52:52 -06'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT

3